**Opinion issued March 3, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00731-CV

———————————

## IN RE ARTIS CHARLES HARRELL, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Artis Charles Harrell, an inmate proceeding pro se, has filed a petition for writ of mandamus, contending that respondent, the Honorable Patricia J. Kerrigan, abused her discretion by not ruling on pending motions within a reasonable period of time.[1]

---

[1] The underlying proceeding is *Artis Charles Harrell v. Jerome Godinich, Jr.*, No. 2014-63129, in the 190th District Court of Harris County, the Honorable Patricia J. Kerrigan presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.